IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISH AKONDY, | |
| Plaintiffs - Appellees, | APPEAL NO. 25-2842 |
| v. | APPELLANTS' MOTION TO DISMISS APPEAL |
| KRISTI NOEM, et al, | |
| Defendants - Appellants. | |

Defendants-appellants Kristi Noem (Secretary of Homeland Security), the Department of Homeland Security, and Todd Lyons (Acting Director of Immigration and Customs Enforcement) respectfully move to dismiss the above-captioned appeal. The parties have reached an agreed-upon settlement in this case, which has been approved by the district court. (District Court Docket Nos. 69, 72, 73.) Accordingly, there is no need to further litigate this appeal.

WHEREFORE this appeal should be dismissed.

                    Respectfully submitted,

                    United States of America

                    David C. Waterman
                    United States Attorney

By:  */s/ Andrew H. Kahl*
      Andrew H. Kahl
      Assistant United States Attorney

      Neal Smith Federal Building
      210 Walnut Street, Suite 455
      Des Moines, Iowa 50309
      Tel: (515) 473-9300
      Fax: (515) 473-9292

# CERTIFICATE OF COMPLIANCE
## WITH RULES 27(d)(2)(A), 32(a), and 32(g)

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and the word limit of Fed. R. App. P. 32(g)(1) because it contains 164 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft 365 Word in Century Schoolbook font, 14 point.

Dated: December 5, 2025.

By: _/s/Andrew H. Kahl_
Andrew H. Kahl
Assistant United States Attorney

Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292

3

Appellate Case: 25-2842   Page: 3   Date Filed: 12/05/2025 Entry ID: 5585011

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Suellen M. Irwin*
Paralegal Specialist
